AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | )   Case No.   1:09-cr-509 |
| Juan Regalado | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:  01/14/2015

s/ Jesi J. Carlson
*Attorney's signature*

Jesi J. Carlson
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314-5794
*Address*

jesi.carlson@usdoj.gov
*E-mail address*

(703) 299-3835
*Telephone number*

(703) 299-3980
*FAX number*